IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-00004 |
| | ) | Judge Trauger |
| MITCHELL D. ARMS | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall place Docket No. 74 **UNDER SEAL**.

It is so **ORDERED**.

ENTER this 1st day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge